IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

E. I. DU PONT DE NEMOURS AND COMPANY
and DUPONT PENSION AND RETIREMENT PLAN,

      Plaintiffs,

v.                                            Case No. 2:15-cv-01133
                                               Judge George C. Smith
                                               Magistrate Judge Terence P. Kemp

RYKER HOLDREN as Administrator of
THE ESTATE OF KEVIN S. HOLDREN,
and LISA HOLDREN,

      Defendants.

## AGREED DISMISSAL ORDER

This day came plaintiffs E. I. du Pont de Nemours and Company ("DuPont") and the DuPont Pension and Retirement Plan (the "Plan"), by counsel, and defendants Ryker Holdren, as Administrator of The Estate of Kevin S. Holdren ("Mr. Holdren") and Lisa E. Holdren ("Ms. Holdren"), by counsel, announced to the Court this matter has been settled, and moved the Court to dismiss the case, with prejudice, in its entirety.

For good cause shown, and there being no objection thereto, it is hereby **ORDERED** that this matter shall be and is hereby **DISMISSED WITH PREJUDICE**, with all parties to bear their own fees and costs.

The Court hereby directs the Clerk of this Court to send certified copies of this Order to all counsel of record.

ENTERED THIS  4th  day of January, 2016.

                                                        *s/ George C. Smith*
                                                        **Judge George C. Smith**

PREPARED BY:


     */s/ Grant P. H. Shuman*
Grant P. H. Shuman, *admitted pro hac vice*
*Trial Attorney*
Eric E. Kinder (#0063984)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
P.O. Box 273
Charleston, WV  25321-0273
(304) 340-3800
*Counsel for Plaintiffs*


AGREED TO BY:


     */s/ Gregory Parker Rogers*
Gregory Parker Rogers (#0042323)
Evan T. Priestle (#0089889)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838
*Counsel for Defendants*